JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GARCIA,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFREY A. BEARD, Dir. of CDCR,<br><br>    Respondent. | NO. CV 15-03600-JAK (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 28, 2016

_____
JOHN A. KRONSTADT
United States District Judge